**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

RAIQUAN K. FALLS,

Plaintiff,

-against-

26 **CIVIL** 2722 (LLS)

# JUDGMENT

ELIZABETH HASENBEIN; DAVID M. HOOVER; ANREW R. KRASS; LETITIA JAMES; HON. TIMOTHY P. McELDUFF, JR.,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2026, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1). See 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court has declined to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3).

**Dated:** New York, New York

September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**